1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Nepomuceno Burciaga

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. 08MJ0450 |
| | ) | |
| 12            Plaintiff, | ) | |
| | ) | |
| 13  v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14  NEPOMUCENO BURCIAGA, | ) | |
| | ) | |
| 15            Defendant. | ) | |
| _____ | ) | |

17   Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                         U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov

20                                    Respectfully submitted,

22  DATED:     February 21, 2008              /s/ Elizabeth M. Barros
                                           **ELIZABETH M. BARROS**
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Nepomuceno Burciaga